# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

---------------------------------------------------------------- x

PHYLLIS HAMPTON, on behalf of herself
and all others similarly situated,

                Plaintiffs,

          v.

Richline Group, Inc.,

              Defendant.

---------------------------------------------------------------- x

Case no. 1:25-cv-10322

**NOTICE OF VOLUNTARY
DISMISSAL WITHOUT PREJUDICE**

**PLEASE TAKE NOTICE,** that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) without prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated: March 16, 2026

EQUAL ACCESS LAW GROUP, PLLC

*Attorneys for Plaintiff*

**/s/ David B. Reyes**
By: David B. Reyes, Esq.

68-29 Main Street,

Flushing, NY 11367

O: (844) 731-3343

C: (718) 554-0237

Email: Dreyes@ealg.law